# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICHARD I. HELSER & MARY M. HELSER  Case Number: 07-72756
3521 LOUISIANA ROAD  SSN-xxx-xx-5316 & xxx-xx-0382
ROCKFORD, IL  61108

Case filed on: 11/9/2007
Plan Confirmed on: 2/15/2008

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $31,725.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 3,500.00 | 3,500.00 | 3,200.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,200.00 | 0.00 |
| 009 | DUTTON & DUTTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SOCIAL SECURITY ADMINISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD I. HELSER | 0.00 | 0.00 | 13,185.22 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 13,185.22 | 0.00 |
| 001 | BENEFICIAL | 700.00 | 700.00 | 700.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 5,335.37 | 5,335.37 | 5,335.37 | 333.86 |
| 003 | HOMEQ SERVICING | 5,181.06 | 5,181.06 | 5,181.06 | 0.00 |
|  | Total Secured | 11,216.43 | 11,216.43 | 11,216.43 | 333.86 |
| 004 | CAPITAL ONE | 100.64 | 100.64 | 100.64 | 0.00 |
| 005 | CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 777.51 | 777.51 | 777.51 | 0.00 |
| 011 | IHC SWEDISH AMERICAN EMERGENCY PHYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 300.00 | 300.00 | 300.00 | 0.00 |
| 014 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD CARDIOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | UNIVERSITY OF WISC. MED. FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NATIONAL CITY BANK | 307.70 | 307.70 | 307.70 | 0.00 |
| 021 | LVNV FUNDING LLC | 795.45 | 795.45 | 795.45 | 0.00 |
|  | Total Unsecured | 2,281.30 | 2,281.30 | 2,281.30 | 0.00 |
|  | Grand Total: | 16,997.73 | 16,997.73 | 29,882.95 | 333.86 |

Total Paid Claimant:     $30,216.81
Trustee Allowance:       $1,508.19
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008      By  /s/Heather M. Fagan